**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORMA KASEY,<br><br>     Plaintiff,<br><br>     v.<br><br>JOHNSON & JOHNSON, *et al.*,<br><br>     Defendants. | Civil Action No. 21-15199 (MAS) (RLS)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

**SHIPP, District Judge**

  This matter comes before the Court upon the Report and Recommendation of the Honorable Lois H. Goodman, U.S.M.J. (ret.)[1] regarding Defendants Colgate-Palmolive ("Colgate") and Avon's (collectively, "Moving Defendants") Motion to Sever.[2] (ECF No. 17.) Moving Defendants seek to sever Plaintiff's claims against them from the Talc Litigation (MDL No. 16-2738) pursuant to Federal Rule of Civil Procedure 21, and request that the Court suggest the MDL Panel remand Plaintiff's claims as to the Moving Defendants to the Middle District of North Carolina. (ECF No. 12.)

---

[1] Shortly after the Report and Recommendation was issued, Magistrate Judge Goodman retired and the Honorable Rukhsanah L. Singh, U.S.M.J., was assigned to this case.

[2] Pursuant to the Court's January 7, 2026, text order (ECF No. 21), the Court only considers the Magistrate Judge's Report and Recommendation (ECF No. 17) as to Colgate at this time. If and when the automatic stay as to Avon is lifted, Avon shall file correspondence on the docket notifying the Court of the lifting of the stay and requesting that the Court consider the Report and Recommendation as to Avon.

The Court, having received no objections pursuant to Local Civil Rule 72.1(c)(2), and having reviewed the Report and Recommendation and other documents on file in this matter, and for good cause shown,

**IT IS** on this <u>7th</u> day of January 2026, **ORDERED THAT**:

1. The Report and Recommendation (ECF No. 17) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.[3]

2. Moving Defendants' Motion to Sever (ECF No. 12) is **GRANTED** as to Colgate.

3. The Court suggests that the MDL Panel remand Plaintiff's claims against Colgate to the Middle District of North Carolina.

/s/ Michael A. Shipp
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

---

[3] The Court notes that certain factual circumstances discussed in the Magistrate Judge's Report and Recommendation have changed since its issuance. Most notably, the stay in the MDL has been lifted, and the MDL now encompasses over 60,000 actions. (*See* ECF No. 17 at 10-11 (discussing the stay and its relevance to the motion to sever); MDL No. 16-2738, ECF No. 33426 (terminating the most recent stay).) These developments, however, do not affect the Magistrate Judge's analysis or conclusions, as the existence of the stay and number of cases were not material to the recommended disposition. The Court, accordingly, adopts the Report and Recommendation in full.